Frank D. Harden, Respondent, v. The Town of Charlotte, Appellant.— Judgment and order affirmed, with costs. All concurred.

Julia Henry, Respondent, v. Griffith M. Jones, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless the plaintiff shall, within twenty days, stipulate to reduce the verdict to the sum of $500 as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party. All concurred, except McLennan, P. J., who dissented and voted for affirmance, and Robson, J., who dissented and voted for reversal.

Anna Levick, as Administratrix, etc., of Thomas Levick, Deceased, Appellant, v. Niagara County Home Telephone Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

Ernst Levi, Respondent, v. American Fire Insurance Company, Philadelphia, Appellant. — Judgment and order affirmed, with costs. All concurred.

The People of the State of New York, Respondent, v. Lutz & Schramm Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Thomas Williams, Respondent, v. Jacob Zoller Company, Appellant. — Judgment and order affirmed, with costs. All concurred.

Mary Lang, as Administratrix, etc., of Henry Miller, Deceased, Appellant, v. The Yates Hotel Company, Respondent. — Judgment affirmed, with costs. All concurred.

Ezra J. Scofield, Appellant, v. James T. Barnes and Warren Rumsey, Respondents. — Judgment and order affirmed, with costs. All concurred.

Margaret E. Clark, Respondent, v. Edward Tracy Scoville and Another, as Executors, etc., Appellants. — Motion for leave to appeal to Court of Appeals granted. Settle questions before Spring, J., on two days' notice.

Cora A. Smith, as Administratrix, etc., Respondent, v. Phœnix Bridge Company, Appellant. — Motion for leave to appeal to Court of Appeals granted. Settle questions before Spring, J., on two days' notice.

Martha E. Bowen, as Administratrix, etc., Respondent, v Phœnix Bridge Company, Appellant. — Motion for leave to appeal to Court of Appeals granted. Settle questions before Spring, J., on two days' notice.

Mary E. Johnson, as Administratrix, etc., Respondent, v. Phœnix Bridge Company, Appellant.— Motion for leave to appeal to Court of Appeals granted. Settle questions before Spring, J., on two days' notice.

The People of the State of New York ex rel. William B. Klieves, Appellant, v. Joseph M. Quigley, as Chief of Police of Rochester, and Others, Respondents. — Relator's motion for allowance of costs denied.

The People of the State of New York, Appellant, v. Joseph A. Harrington, Respondent.— Order affirmed. All concurred, except Spring and Kruse, JJ., who dissented.